HAROLD YOUNG, Appellant, *v.* EDELBREW BREWERY, INC., Respondent.

Submitted May 15, 1950; decided May 18, 1950.

*Bertrand Ettinger* for motion.
*Zarah Williamson* for plaintiff.

Motion withdrawn.